IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Attorneys for Criminal Justice, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Doug Ducey, et al. <br><br> Defendants. | No.  CV-17-01422-PHX-SPL <br><br> **ORDER** |

Before the Court is Defendants State Bar of Arizona and Maret Vessella (together, the "Defendants") Request for Judicial Notice in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief (Doc. 161) in which the Defendants request that the Court take judicial notice of discovery requests and discovery materials pursuant to Federal Rule of Evidence 201.  The Defendants' request is unopposed.  It is well settled that a "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Accordingly,

///

///

///

///

///

**IT IS ORDERED**:

That Defendants' Request for Judicial Notice in Support of Their Motion to Dismiss Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief (Doc. 161) is **granted**.

Dated this 9th day of December, 2019.

Honorable Steven P. Logan
United States District Judge