**KRISTIN K. MAYES**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Alexander W. Samuels (No. 028926)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
Telephone: (602) 542-3333
Alexander.Samuels@azag.gov
ACL@azag.gov

*Attorneys for Defendant Kristin K. Mayes, in her official capacity as Arizona Attorney General*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Attorneys for Criminal Justice; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Mark Brnovich; et al.,<br><br>Defendants. | No. CV-17-01422-PHX-SPL<br><br>**NOTICE OF SUBSTITUTION OF PUBLIC OFFICER** |

Pursuant to Federal Rule of Civil Procedure 25(d), Defendant Kristen K. Mayes, in her official capacity as Arizona Attorney General, ("Arizona Attorney General") is automatically substituted for Mark Brnovich, in his official capacity as Arizona Attorney General, in the above-captioned matter.

The Arizona Attorney General respectfully requests that the Court amend the caption to reflect this automatic substitution of public officer.

RESPECTFULLY SUBMITTED this 27th day of January, 2023.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By *_/s/ Alexander W. Samuels___*
Alexander W. Samuels (No. 028926)
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-3333
Fax: (602) 542-8308
Alexander.Samuels@azag.gov
ACL@azag.gov

Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
1. E. Washington Street, Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
cahler@swlaw.com
tolson@swlaw.com

*Attorneys for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney Genera*